**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

TERRY JEMISON,

   Petitioner,

v.

WARDEN ODDO,

   Respondent .

NO. 3:18-CV-0702

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 1st day of November, 2019, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Terry Jemison is **DENIED**. The Clerk of Court is directed to mark the case as **CLOSED**.

                                               /s/ A. Richard Caputo
                                               A. Richard Caputo
                                               United States District Judge